IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARIO BAUGH**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　**Case No. 4:23-CV-00818-LPR**

**GRISHAM LAW FIRM and**
**SHERWOOD DISTRICT COURT**　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

　　　　The Court has struggled to figure out what exactly Mr. Baugh's various filings in this case are seeking to do.  It appears Mr. Baugh is seeking to use 28 U.S.C. § 1441 to remove his pending state garnishment action from the jurisdiction of the Sherwood District Court to the jurisdiction of the United States District Court for the Eastern District of Arkansas.[1]  He may not do so.  From the pleadings, it appears that the Grisham Law Firm initiated a garnishment action in state court on behalf of its client, the V.A. Hospital Federal Credit Union, against Mr. Baugh for the payment of $4,716.62 in debt owed.[2]  Mr. Baugh appears to want this Court to dismiss that garnishment action and to allow him to cross-claim and sue the Grisham Law Firm and the Sherwood District Court for sanctions under Arkansas law.[3]  Section 1441 does not support removal of this case as this Court would not have had original jurisdiction of that action.  The diversity-of-citizenship requirement is not met, the amount-in-controversy requirement is not met, and there is no federal question.[4]

　　　　This case is remanded to the state court.  If, instead of removal of the state court action, Mr. Baugh was attempting to bring an entirely separate federal lawsuit (not related to the state

---

[1] Compl. (Doc. 2).

[2] *Id*. at 8.

[3] Mot. to Dismiss (Doc. 4).  Mr. Baugh relies on Ark. R. Civ. P. 11.

[4] Mr. Baugh appears to rely on 28 U.S.C. § 144, which concerns bias of a federal judge.  *See* Compl. (Doc. 2) at 4. That provision in no way gives Mr. Baugh a federal right to proceed against either Defendant in this case.

garnishment action), he will need to file a new case and make his intentions clearer. The Clerk is directed to mail a certified copy of this Order to the clerk of the Sherwood District Court.

    IT IS SO ORDERED this 8th day of November 2023.

                                      _____
                                      LEE P. RUDOFSKY
                                      UNITED STATES DISTRICT JUDGE