IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARIO BAUGH**                                                              **PLAINTIFF**

**v.**                          **Case No. 4:23-CV-00818-LPR**

**GRISHAM LAW FIRM and**
**SHERWOOD DISTRICT COURT**                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REMANDED to state court.

IT IS SO ADJUDGED this 8th day of November 2023.

                                               _____
                                               LEE P. RUDOFSKY
                                               UNITED STATES DISTRICT JUDGE